IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES G. REECE,

    Plaintiff,                              No. CIV S-10-0203 JAM EFB P

    vs.

D.K. SISTO, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On May 13, 2010, the court directed plaintiff to submit a USM-285 form for defendant D.K. Sisto and for defendant Don Mimis, for the U. S. Marshal to serve.  However, plaintiff submitted two USM-285 forms for defendant D.K. Sisto, but did not submit a USM-285 form for defendant Mimis.  Thus, plaintiff has failed to comply with the order.

        It therefore is ORDERED that plaintiff has 21 days from the date of this order either to explain his failure to comply with the May 13, 2010 order, or to submit the USM-285 form for defendant Don Mimis.  Failure to comply with this order will result in a recommendation that this action be dismissed.  The Clerk of the Court is directed to send to plaintiff one USM-285 form.

DATED: June 29, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE