UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. REECE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D.K. SISTO, et al.,<br><br>　　　　　Defendants. | No.  2:10-cv-0203-JAM-EFB P<br><br><br>ORDER SCREENING COMPLAINT<br>PURSUANT TO 28 U.S.C. §1915A |

　　　Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983.  The court has reviewed the second amended complaint (ECF No. 53) and for the limited purposes of § 1915A screening and liberally construed, finds that it states potentially cognizable Eighth and Fourteenth Amendment claims against defendants Sisto and Mimis.  Defendants shall respond to the complaint in accordance with Rule 12 of the Federal Rules of Civil Procedure.

　　　So ordered.

DATED:  June 5, 2015.

　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE