UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. REECE,<br><br>       Plaintiff,<br><br>   v.<br><br>D.K. SISTO, et al.,<br><br>       Defendants. | No.  2:10-cv-203-JAM-EFB P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 1, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. The findings and recommendations filed March 1, 2016, are adopted in full;

3      2. Defendants' motion to dismiss is denied as to plaintiff's Eighth Amendment claim;

4      3. Defendants' motion to dismiss is granted as to plaintiff's Fourteenth Amendment

5 claim; and

6      4. Defendants' motion that plaintiff be deemed a vexatious litigant and be required to post

7 a security is denied without prejudice.

8      So ordered

9 DATED: March 31, 2016

10                                   /s/ John A. Mendez_____

11                                   UNITED STATES DISTRICT COURT JUDGE